# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DARIN J. FRANKLIN, | 3:15-cv-00196-RCJ-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | April 12, 2017 |
| TANIA ARGUELLO, *et al.*, | |
| Defendants. | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: KATIE LYNN OGDEN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for Reimbursement of Costs Related to Imposition of Sanctions (ECF No. 72). The court previously granted Plaintiff's Motion for Sanctions. (ECF No. 71 at 2.) Defendants have filed a Non-Opposition to Plaintiff's Motion for Reimbursement of Costs (ECF No. 73).

Plaintiff's Motion for Reimbursement of Costs Related to Imposition of Sanctions (ECF No. 72) is **GRANTED**. Within fourteen (14) days of this order, the Office of the Attorney General of the State of Nevada shall reimburse Plaintiff in the amount of $17.63 for photocopying expenses.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: /s/
Deputy Clerk