# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| DARIN J. FRANKLIN, | ) | 3:15-cv-00196-RCJ-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | August 16, 2018 |
| TANIA ARGUELLO, *et al.*, | ) | |
| Defendants. | ) | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>KATIE LYNN OGDEN</u>  REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for Enlargement of Time (ECF No. 115). Plaintiff requests an enlargement of time to and including September 30, 2018, in which to file and serve his opposition to Defendants' Motion for Summary Judgment.

Plaintiff's Motion for Enlargement of Time (ECF No. 115) is **GRANTED**. Plaintiff shall have and including **September 30, 2018**, in which to file and serve his opposition to Defendants' Motion for Summary Judgment (ECF No. 113).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____
      Deputy Clerk