# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

|  |  |  |
|---|---|---|
| DARIN J. FRANKLIN, | ) | 3:15-cv-00196-RCJ-WGC |
|  | ) |  |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
|  | ) |  |
| vs. | ) | August 16, 2018 |
|  | ) |  |
| TANIA ARGUELLO, *et al.*, | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KATIE LYNN OGDEN</u>  REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendants' Motion for Enlargement of Time to Oppose Plaintiff's Dispositive Motion (ECF No. 117). Defendants request an enlargement of time to and including September 30, 2018, in which to file and serve their response to Plaintiff's Motion for Partial Summary Judgment (ECF No. 112).

Defendants' Motion for Enlargement of Time to Oppose Plaintiff's Dispositive Motion (ECF No. 117) is **GRANTED**.  Defendants shall have and including **September 30, 2018**, in which to file and serve their response to Plaintiff's Motion for Partial Summary Judgment (ECF No. 112).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____
        Deputy Clerk