Darin J. Franklin
3132 North Jones Boulevard Apt. #328
Las Vegas, Nevada 89108
775-287-0129

Plaintiff In Pro Se

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

\* \* \* \* \*

Darin J. Franklin,
    Plaintiff,

-vs-

Tania Arguello et al.,
    Defendants.

Case No. 3:15-cv-00196-RCJ-WGC

ORDER GRANTING

Plaintiff's Motion for Enlargement of Time (first request)

Comes now Plaintiff, Darin J. Franklin, in pro se, and submits his Motion for Enlargement of time (first request) moving the Court to grant him an additional twenty one (21) days to and including February 14, 2019, in which to file and serve his Objections to Magistrate Judge's Report and Recommendation. Such was currently due by January 24, 2019. This is Plaintiff's first request for an extension in this matter. This motion is based upon LR IA 6-1 and LR 26-4, all documents and papers on file herein, and the attached affidavit.

Dated this 18th day of January, 2019.

_____
Darin J. Franklin
3132 North Jones Boulevard Apt. #328
Las Vegas, Nevada 89108

Plaintiff in pro se

IT IS SO ORDERED this 30th day of January, 2019.

_____
ROBERT C. JONES