UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| DARIN J. FRANKLIN, | Case No.: 3:15-CV-00196-RCJ-WGC |
| Plaintiff, | ORDER |
| vs. | |
| TANIA ARGUELLO, *et al.*, | |
| Defendants. | |

Before the Court is the Report and Recommendation of United States Magistrate Judge (ECF No. 129[1]) entered on January 7, 2019, recommending that the Court deny Plaintiff's Motion (ECF No. 112) and grant and deny in part Defendants' Motion for Summary Judgment (ECF No. 113). On January 13, 2019, Plaintiff filed Objections to Magistrate Judge's Report and Recommendation (ECF No. 132).

This action was referred to Magistrate Judge Cobb under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties including the parties' objections to the Report and Recommendation and other relevant matters to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

---

[1] Refers to Court's docket number.

IT IS HEREBY ORDERED that Judge Cobb's Report and Recommendation (ECF No. 129), shall be ADOPTED and ACCEPTED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment (ECF No. 112) as to Counts I, II, IV and V are DENIED.

IT IS FURTHER ORDERED that Defendant Murguia's Motion for Summary Judgment (ECF No. 113) as to Counts I and II are GRANTED.

IT IS FURTHER ORDERED That Baker's Motion for Summary Judgment (ECF No. 113) as to Counts IV and V are DENIED.

IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment insofar as Plaintiff seeks to recover damages against them in their official capacities is DENIED.

IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment (ECF No. 113) with respect to Plaintiff's claims for injunctive relief as Plaintiff has been released from prison and is no longer subject to the offending policies/practices is GRANTED.

IT IS SO ORDERED.

Dated this 14th day of January, 2019.

_____
ROBERT C. JONES
Senior District Judge