AARON D. FORD
  Nevada Attorney General
HEATHER B. ZANA, Bar No. 8734
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1261
E-mail: hzana@ag.nv.gov

*Attorneys for Defendants Renee Baker,
and Eugene Murguia*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DARIN J. FRANKLIN,<br><br>              Plaintiff,<br><br>v.<br><br>TANIA ARGUELLO, et al.,<br><br>              Defendants. | Case No. 3:15-cv-00196-RCJ-WGC<br><br>**STIPULATION AND REQUEST TO EXTEND DEADLINES (FIRST REQUEST)** |

    IT IS HEREBY STIPULATED by and between Plaintiff, Darin J. Franklin, in proper person, and Defendants, Renee Baker and Eugene Murguia, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Heather B. Zana, Deputy Attorney General, pursuant to FRCP 26(f) and Local Rule 26-1(e), that the deadline for the Joint Pre-Trial Order by at least forty-five (45) days, with the deadline being April 30, 2019, subject to this Court's approval.

    The Parties seek to modify the Scheduling Order and following Orders to extend the deadline. (ECF No. 134) for the Joint Pre-Trial Order (JPTO). Both parties stipulate to this request.

    It should be noted that Plaintiff and Defense Counsel are in active negotiations in an attempt to settle this matter. Both parties are requesting additional times in hopes that a JPTO and Trial will become unnecessary. Both parties believe that a continuance of the JPTO date is reasonable.

    The following is a list of upcoming deadlines and the parties' proposed extended deadlines. (ECF No. 134).

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Proposed Joint Pretrial Order | March 15, 2019 | April 30, 2019 |

WHEREFORE, the parties respectfully request that this Court extend the joint pretrial order deadlines by the above-referenced schedule.

Respectfully submitted:

DATED this 12 day of MARCH, 2019.

DATED this 13 day of March, 2019.

By: _____
Darin J. Franklin
Plaintiff in proper person

AARON D. FORD
Attorney General

By: _____
Heather B. Zana
Deputy Attorney General
*Attorneys for Defendants Renee Baker, and Eugene Murguia*

IT IS SO ORDERED.

_____
THE HONORABLE WILLIAM G. COBB
United States Magistrate Judge

DATED: March 14, 2019