1  AARON D. FORD
   Nevada Attorney General
2  HEATHER B ZANA, Bar No. 8734
   Deputy Attorney General
3  State of Nevada
   Bureau of Litigation
4  Public Safety Division
   100 N. Carson Street
5  Carson City, NV 89701-4717
   Tel (775) 684-1261
6  E-mail: hzana@ag.nv.gov

7  *Attorneys for Defendants Renee Baker,
   and Eugene Murguia*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| DARIN J. FRANKLIN, | |
|---|---|
| Plaintiff, | Case No 3:15-cv-00196-RCJ-WGC |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| TANIA ARGUELLO, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff, Darin J. Franklin, in proper person, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Heather B. Zana, Deputy Attorney General, hereby stipulate and agree, based upon the Settlement Agreement between the parties, that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

DATED this 14 day of APRIL, 2019.                    DATED this 15 day of April, 2019.
                                                     AARON D. FORD, Attorney
General

By: _____                          By: _____
    Darin J. Franklin                                    Heather B Zana
    Plaintiff in proper person                           Deputy Attorney General

IT IS SO ORDERED.

_____
THE HONORABLE ROBERT C. JONES
United States District Judge

4-22-2019

1